IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK COHEN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIOR PRATT, et al., | : | No. 09-604 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **11th** day of **April, 2011**, upon consideration of Defendants' Motion for Judgment on the Pleadings, Plaintiff's response thereto, and for the reasons given in this Court's Memorandum dated April 11, 2011, it is hereby **ORDERED** that:

1. The motion (Document No. 24) is **GRANTED**.

2. Counts 1, 3, 4, and 6 of Plaintiff's Amended Complaint are **DISMISSED**.

Plaintiff may proceed on Counts 2 and 5 of his Amended Complaint.

BY THE COURT:

_____
**Berle M. Schiller, J.**