IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK COHEN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIOR PRATT, et al., | : | No. 09-604 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **25th** day of **October, 2011**, upon consideration of Defendants' Motion for Summary Judgment and Plaintiff's response thereto, and for the reasons stated in this Court's Memorandum dated October 25, 2011, it is hereby **ORDERED** that:

1. The motion (Document No. 34) is **GRANTED in part** and **DENIED in part** as follows:

    a. The motion is **DENIED** as to Officer Pratt.

    b. The motion is **GRANTED** as to Officer Waters and Officer Sanford and the claims against these Defendants are **DISMISSED**.

2. Unless the parties resolve their dispute, the trial will consist of Cohen's federal and state law malicious prosecution claims against Officer Pratt.

BY THE COURT:

_____
**Berle M. Schiller, J.**